UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TODD C. WILKES and MOLLY WILKES, *individually, and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHSTATE BANK, N.A. <br><br> Defendant. | Case No. 1:24-cv-01779-TWT |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Todd C. Wilkes and Molly Wilkes, by and through their undersigned counsel of record, and hereby voluntarily dismiss their individual action, *Todd C. Wilkes and Molly Wilkes v. Southstate Bank, N.A.,* without prejudice pursuant to Rule 41(a)(1)(A)(i). Defendant has not yet served an answer or a motion for summary judgment. Further, no motion for class certification has been filed, and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Each side to bear its own costs and fees.

Respectfully submitted this 3rd day of August, 2024.

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
Georgia Bar No. 725843
**Gibson Consumer Law Group, LLC**
4279 Roswell Road
Suite 208-108
Atlanta, GA 30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com

Charles Van Horn, Esq.
Georgia Bar No. 724710
Charles Van Horn, Esq.
**BERMAN FINK VAN HORN P.C.**
3475 Piedmont Road, Suite 1640
Atlanta, Georgia 30305
Telephone:  (404) 261-7711
Email:  cvanhorn@bfvlaw.com

## **LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

Date: August 3, 2024

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
GA Bar No. 725843

2

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing filing into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Dated: This 3rd day of August, 2024.

                                                */s/ MaryBeth V. Gibson*
                                                MaryBeth V. Gibson
                                                GA Bar No. 725843